1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONY ELECTRONICS, INC.,**<br>         **Plaintiff,**<br>     vs.<br>**GUARDIAN MEDIA TECHNOLOGIES, LTD.,**<br>         **Defendant.** | **CIV. NO. 05-CV-1777-B (AJB)**<br><br>**ORDER SETTING BRIEFING SCHEDULE FOLLOWING REMAND AND CONSOLIDATING NEWLY-FILED COMPLAINT** |
| **MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.,**<br>         **Plaintiff,**<br>     vs.<br>**GUARDIAN MEDIA TECHNOLOGIES, LTD.,**<br>         **Defendant.** | **CIV. NO. 05-CV-1780-B (AJB)** |
| **MATSUSHITA ELECTRONIC INDUSTRIAL CO., LTD., et al.**<br>         **Plaintiffs,**<br>     vs.<br>**GUARDIAN MEDIA TECHNOLOGIES, LTD.,**<br>         **Defendant.** | **CIV. NO. 05-CV-1786-B (AJB)** |
| **THOMSON, INC.,**<br>         **Plaintiff,**<br>     vs.<br>**GUARDIAN MEDIA TECHNOLOGIES, LTD.,**<br>         **Defendant.** | **CIV. NO. 07-CV-1613-B (AJB)** |

1   On September 17, 2007, the Court spread the mandate of the Federal Circuit Court of Appeals vacating this Court's March 16, 2006 Order of dismissal and remanding these consolidated patent cases for reconsideration of whether to exercise discretion to entertain Plaintiffs' declaratory relief suits. *Sony Elec., Inc. v. Guardian Media Tech., Ltd.*, No. 2006-1363, 2007 WL 2215762 (Fed. Cir. Aug. 3, 2007).

Plaintiff Thomson did not join the appeal of the Court's March 16, 2006 Order; however, it did file a new declaratory relief action on August 14, 2007. Defendant Guardian filed a notice of related case. After the hearing, the Court signed a low-number transfer order. The Court, on its own motion, orders the Clerk to consolidate 07-cv-1613 with 05-cv-1777.

As the Court explained at the hearing, the Court will hear Defendant Guardian's re-newed motion to dismiss for lack of subject matter jurisdiction on **Wednesday, October 17, 2007 at 9:00 a.m.** Defendant Guardian filed the motion to dismiss, and in the alternative moves to transfer, pursuant to 28 U.S.C. § 1404(a), the consolidated cases to the Central District of California, where Guardian has filed a patent infringement case on the instant patents against another manufacturer. Plaintiffs shall file their opposition briefs on or before **October 3, 2007**, and any reply brief shall be filed on or before **October 10, 2007.**

Plaintiffs have indicated that they will file a motion to stay the cases pending the completion of the re-examination process by the Patent and Trademark Office. This motion shall be heard at a later time in the event Defendant's motion to dismiss and transfer are denied.

IT IS SO ORDERED.

DATED: September 20, 2007

Hon. Rudi M. Brewster
United States Senior District Judge

cc:   All Parties
      Magistrate Judge Battaglia